**SHIZENG ZHU, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 08–74163.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 10, 2011.*

Filed Jan. 25, 2011.

Shizeng Zhu, San Gabriel, CA, pro se.

Dana Michelle Camilleri, U.S. Department of Justice, Washington, DC, IDB–District Counsel, Office of the Chief Counsel/Den–Boi, Department of Homeland Se-

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

curity, Denver, CO, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: BEEZER, TALLMAN, and CALLAHAN, Circuit Judges.

MEMORANDUM **

Shizeng Zhu, a native and citizen of China, petitions pro se for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen. We have jurisdiction under 8 U.S.C. § 1252. Reviewing for abuse of discretion, *Iturribarria v. INS*, 321 F.3d 889, 894 (9th Cir.2003), we deny the petition for review.

The BIA did not abuse its discretion in denying Zhu's motion to reopen as untimely and number-barred where the successive motion was filed more than four years after the BIA's January 26, 2004, final order of removal, *see* 8 C.F.R. § 1003.2(c)(2), and Zhu failed to establish changed circumstances in China to qualify for the regulatory exception to the time and number filing limitations, *see* 8 C.F.R. § 1003.2(c)(3)(ii); *see also Toufighi v. Mukasey*, 538 F.3d 988, 996 (9th Cir.2008) (evidence must demonstrate prima facie eligibility for relief sought in order to reopen proceedings based on changed country conditions).

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).